UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IVAN MILLER | CIVIL ACTION |
| VERSUS | NO. 24-524-JWD-EWD |
| COMMISSIONER OF SOCIAL SECURITY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2025 (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security is **AFFIRMED,** and this action is **DISMISSED WITH PREJUDICE.**

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 13, 2025.

                **JUDGE JOHN W. deGRAVELLES**
                **UNITED STATES DISTRICT COURT**
                **MIDDLE DISTRICT OF LOUISIANA**